KEVIN K. MESEROLL, ET AL. v. EUGENE V. SNYDER, ET AL.

May 20, 1986.

Petition for certification denied.

DEBRA PIERZGA v. THE OHIO CASUALTY GROUP OF
INSURANCE COMPANIES, ETC., ET AL.

May 20, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 40)

STATE OF NEW JERSEY v. R.G.D.

STATE OF NEW JERSEY v. W.T.P.

May 20, 1986.

Leave to appeal granted. (See 208 *N.J.Super.* 385)

STATE OF NEW JERSEY v. SAMUEL JOHNSON.

May 20, 1986.

Petition for certification granted and the matter is summarily
remanded to the Appellate Division for reconsideration in light